11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Sammy Peel

Appellant

Vs.                   No. 11-00-00372-CR B Appeal from Brown County

State of Texas

Appellee

 

Appellant has filed in this court a motion to
dismiss his appeal.  Appellant states in
the motion that he no longer intends to prosecute this appeal.  The motion is signed by both appellant and
his counsel.  TEX.R.APP.P. 42.2.  The motion is granted.

The appeal is dismissed.

 

PER CURIAM

 

September 13, 2001

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.